**No. 55261.**—Hoyt Shepston & Sciaroni and Ti Hang Lung Co. *v.* United States, protests 158664–K and 103336–K (San Francisco).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, FEBRUARY 28, 1951

**No. 55262.**—Charles Gitlan & Co., Inc. *v.* United States, protest 166234–K (New York).

Opinion by LAWRENCE, J. It appeared from the record that this case was docketed on the day calendar on two separate occasions and finally submitted without the introduction of any competent evidence. As there was nothing before the court to overcome the presumption of correctness attaching to the collector's decision, the protest was overruled.

**No. 55263.**—Cyma Watch Co., Inc., et al. *v.* United States, protests 158567–K, etc. (New York).

Opinion by LAWRENCE, J. The protests were dismissed.

**No. 55264.**—Little Joe Wiesenfeld *v.* United States, protests 151945–K, etc. (Baltimore).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of saddle girths similar in all material respects to those the subject of Abstract 54419, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, FEBRUARY 28, 1951

**No. 55265.**—Lansen-Naeve Corp. *v.* United States, protest 163067–K (New York).

Opinion by CLINE, J. In accordance with stipulation of counsel that the merchandise consists of live birds similar in all material respects to those the subject of *Alfred Mazer* v. *United States* (25 Cust. Ct. 67, C. D. 1265), the claim of the plaintiff was sustained.